SEPTEMBER 27, 2011

No. 09–958.   DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., ET AL. (two judgments);

No. 09–1158. DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES *v.* CALIFORNIA PHARMACISTS ASSN. ET AL.; DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES *v.* CALIFORNIA HOSPITAL ASSN. ET AL.; DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES *v.* INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., ET AL.; DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES *v.* DOMINGUEZ, BY AND THROUGH HER MOTHER AND NEXT FRIEND BROWN, ET AL.; and

No. 10–283. DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES *v.* SANTA ROSA MEMORIAL HOSPITAL ET AL. C. A. 9th Cir. [Certiorari granted *sub nom.* in No. 09–958, *Maxwell-Jolly* v. *Independent Living Center of Southern Cal., Inc.;* in No. 09–1158, *Maxwell-Jolly* v. *California Pharmacists Assn.; Maxwell-Jolly* v. *California Hospital Assn.; Maxwell-Jolly* v. *Independent Living Center of Southern Cal., Inc.; Maxwell-Jolly* v. *Dominguez;* in No. 10–283, *Maxwell-Jolly* v. *Santa Rosa Memorial Hospital,* 562 U. S. 1177.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.